UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

"UNDER SEAL"

FILED
CHARLOTTE, N.C.
AUG 2 4 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR238 |
|---|---|---|
| v. | ) | ORDER SEALING INDICTMENT |
| (1) RICKY JAMES LYALL | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Bill of Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 24th day of August, 2005.

_____
DAVID C. KEESLER,
UNITED STATES MAGISTRATE JUDGE