FILED
IN COURT
CHARLOTTE, N. C.

AUG 3 0 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR238-V |
| | ) | |
| v. | ) | |
| | ) | **ORDER UNSEALING INDICTMENT** |
| RICKY JAMES LYALL | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Bill of Indictment in the case numbered above; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

This the 30th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE